### W. B. Warren v. The State.

No. 9685.   Delivered October 14, 1925.

**Possessing Intoxicating Liquor—No Statement of Facts—No Bill of Exceptions.**

There being no statement of facts and no bill of exception presented in this record, the cause is affirmed.

Appeal from the District Court of Eastland County. Tried below before the Hon. Geo. L. Davenport, Judge.

Appeal from a conviction for possession of intoxicating liquor for purpose of sale; penalty, one year in the penitentiary.

No brief filed for appellant.

*Sam D. Stinson,* State's Attorney, and *Nat Gentry, Jr.,* Assistant State's Attorney, for the State.

HAWKINS, Judge.—Conviction is for the offense of possessing intoxicating liquor for the purpose of sale, punishment assessed being one year in the penitentiary.

No statement of facts accompanies the transcript on file in this court and no bill of exceptions appear in the record. The indictment

and proceedings appear regular and no matter is presented for review.

The judgment is affirmed.

*Affirmed.*